**Order entered February 19, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00813-CV

**EDWARD KELLY, EDWARD KELLY D/B/A KELLY PLUMBING & LEAK DETECTION AND BRITTANY KELLY, Appellants**

**V.**

**SANJAI R. ISAAC, M.D., REBECCA ISAAC AND MERIDIAN REVOCABLE TRUST, BARBARA HEIDEN AND SHELLEY OLIVER AND BLAKE MYERS, Appellees**

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-01284-2017**

## ORDER

Before the Court is appellants' motion for a fourteen-day extension of time to file appellants' reply brief. We **GRANT** the motion and **ORDER** the reply brief be filed by **March 16, 2020**.

/s/     ERIN A. NOWELL
          JUSTICE